# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TAVIA WAGNER,

    Plaintiff,

v.                                   Case No. 6:25-cv-346-JA-DCI

2003 REALTY COMPANY, LLC
and DJ RODEO WHIP, LLC,

    Defendants.

_____

## ORDER

The Court has been advised by the parties that the above-styled action has been resolved. (*See* Joint Notice of Settlement, Doc. 16).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on August 14, 2025.

                                                  JOHN ANTOON II
                                                  United States District Judge

Copies furnished to:
Counsel of Record